DONALDSON *et al.* v. AMERICAN TRACT SOCIETY, appellant.

*Wills — illegal suspension of power of alienation.*

A testator, by his will, directed the payment of certain legacies and bequests and gave annuities to five persons during their respective lives. He further directed that "after the payment in full of all the legacies and annuities hereinbefore mentioned," the residue and remainder of his property should be divided into five equal parts which were to be given to five religious organizations. His executors were directed to carry out the provisions of the will.

*Held,* that the executors took a trust estate which would last to the death of the last annuitant, which would be during more than two lives. That this estate was illegal and void, and the provisions for the payment of annuities and division of the remainder of the estate null and void, and that the estate thus attempted to be disposed of, descended to the heirs and next of kin of the testator.

APPEAL from a decision of the special term declaring the last will and testament of Robert Donaldson, deceased, null and void as to the provisions contained therein for the payment of annuities to five persons therein named, four of whom survived the testator, and for the division of the remainder of the property of testator after the payment of certain bequests and legacies, and of the annuities named among five religious institutions.

*Westervelt & Greenfield,* for appellant.

*H. A. & J. Nelson,* for respondent.

The opinion of Mr. Justice Barnard in the case at the special term, was adopted by the court.

*Judgment affirmed.*